1  **MICHAEL N. FEUER,** City Attorney - SBN 111529x
   **THOMAS H. PETERS,** Chief Assistant City Attorney - SBN 163388
2  **CORY M. BRENTE,** Assistant City Attorney – SBN 115453
   **RENA M. SHAHANDEH,** Deputy City Attorney - SBN 198072
3  200 North Main Street
   City Hall East, 6th Floor
4  Los Angeles, CA  90012
   Telephone:  (213) 978-7029
5  Facsimile: (213) 978-8785
   E-mail: rena.shahandeh@lacity.org

6  *Attorneys for Defendants* **CITY OF LOS ANGELES, and CAIRO PALACIOS**

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | WALTER DELEON, an individual; | **CASE NO.** |
   | YOVANNA DELEON as court-appointed | |
12 | conservator to WALTER DELEON; | **(LASC Case No. BC 615929)** |

13                Plaintiffs,

14        *adv.*                        **NOTICE OF REMOVAL OF**
                                        **ACTION UNDER 28 U.S.C. §§ 1441**
15                                      **(a) and 1446 (a); DECLARATION**
                                        **OF RENA M. SHAHANDEH; AND**
16 CITY OF LOS ANGELES; LOS            **SUPPORTING EXHIBITS**
   ANGELES POLICE DEPARTMENT;
17 CAIRO PALACIOS, an individual and
   officer; and DOE OFFICERS 1-10;
18 Inclusive,

19                Defendants.

20

21 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

22      PLEASE TAKE NOTICE that Defendants **CITY OF LOS ANGELES** and

23

24 **CAIRO PALACIOS** ("CITY DEFENDANTS") hereby remove this action from

25 the Superior Court for the State of California, County of Los Angeles to the United

26

27 States District Court or the Central District of California.  The removal is made

28 pursuant to 28 U.S.C. § 1446(a), on the facts set forth below:

                                    1

1.    The CITY DEFENDANTS are named defendants in this civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *Walter Deleon, et al. v. City of Los Angeles, et al.,* Superior Court Case No. BC615929.  Plaintiffs filed their Complaint on April 4, 2016.  The following are true and correct copies of the following State Court documents in the above action with referenced exhibit numbers: Summons (Exhibit 1); Plaintiffs' Complaint (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Sixth Amended General Order re Personal Injury Court ("PI Court") Procedures, Central District (Exhibit 5); Proof of Service – City of Los Angeles (Exhibit 6); and Proof of Service –Cairo Palacios (Exhibit 7).

2.    This action meets the original jurisdiction requirements of 28 USC § 1441(a) and is removable by City Defendants pursuant to 28 USC § 1446(a).  A case is removable from state to federal court if the action could have been originally commenced in federal court.  28 USC § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 US 699, 702 (1972).  The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court.  *La Chemise Lacoste v. Alligator Co.,* 506 F.2d 339, 343-44 (3d Cir. 1974).  When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable.  *Id.*  Under the Judicial Code, federal district courts have original jurisdiction in the district courts

over all actions brought under 42 USC § 1983.  *See* 28 USC § 1343(a)(3).

Moreover, the Code confers original jurisdiction in the district courts over all

actions involving federal questions.  *See* 28 USC § 1331.

3.     The gravamen of this action is the federal civil rights claims set forth

in the First and Second Causes of Action of Plaintiffs' Complaint.

4.     State law claims are also asserted in the Third through Fifth Causes of

Action of Plaintiffs' Complaint.  When an action originally filed in state court is

removed to federal court, the federal tribunal has jurisdiction to determine not only

the federal claims but all pendent state claims "that are so related to claims in the

action . . . . that they form part of the same case or controversy..." *See* 28 USC

§ 1367.

5. Defendant CITY OF LOS ANGELES was served with Plaintiffs'

Complaint on April 28, 2016, and consents to this removal.  Defendant CAIRO

PALACIOS was served with Plaintiffs' Complaint on April 27, 2016, and also

consents to this removal.  Named Defendant LOS ANGELES POLICE

DEPARTMENT has not been served with Plaintiffs' Complaint and, therefore, the

CITY DEFENDANTS do not need its consent to remove this action. (See

Declarations of Rena M. Shahandeh and Daniel M. Lench).

6.     Further, other than those persons identified above and the persons

identified in the caption as "DOE OFFICERS 1-10" there are no other named

/ / /

3

defendants in this lawsuit.  Therefore, there are no other defendants who need to

consent in order for this case to be removed.  (See Rena M. Shahandeh).

7.     The Notice of Removal is filed with this Court within 30 days after

the CITY DEFENDANTS were served with the Complaint on April 27, 2016 and

April 28, 2016.  (See Declaration of Rena M. Shahandeh).

8.     The Notice of Removal is being filed in this Court and in the Superior

Court of the State of California, County of Los Angeles.

WHEREFORE, the above-entitled action, now pending in the Superior

Court of the State of California, County of Los Angeles, is removed to the United

States District Court for the Central District of California.


DATED:       May 24, 2016        Respectfully submitted,

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS** Chief Deputy City Attorney
**CORY M. BRENTE,** Assistant City Attorney


By _____

   **RENA M. SHAHANDEH,** Deputy City Attorney

Attorney for Defendants CITY OF LOS ANGELES
and CAIRO PALACIOS

## DECLARATION OF RENA M. SHAHANDEH

I, RENA M. SHAHANDEH, do hereby declare that I have personal knowledge of the facts set forth herein and that if called as a witness in this case, I could and would competently testify as follows:

1. I am a Deputy City Attorney for the City of Los Angeles. In that capacity, I have been assigned to assist in representing Defendants **CITY OF LOS ANGELES** and **CAIRO PALACIOS** ("CITY DEFENDANTS") in the case of *Walter Deleon, et al. v. City of Los Angeles, et al.,* Superior Court Case No. BC615929, now pending in the Los Angeles Superior Court.

2. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers: : Summons (Exhibit 1); Plaintiffs' Complaint (Exhibit 2); Civil Case Cover Sheet (Exhibit 3); Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4); Sixth Amended General Order re Personal Injury Court ("PI Court") Procedures, Central District (Exhibit 5); Proof of Service – City of Los Angeles (Exhibit 6); and Proof of Service –Cairo Palacios (Exhibit 7).

3. Defendant CITY OF LOS ANGELES was served with Plaintiffs' Complaint on April 28, 2016, and consents to this removal. Defendant CAIRO PALACIOS was served with Plaintiffs' Complaint on April 27, 2016, and also consents to this removal. Named Defendant LOS ANGELES POLICE DEPARTMENT has not been served with Plaintiffs' Complaint and, therefore, the

CITY DEFENDANTS do not need its consent to remove this action. (See Declaration of Daniel M. Lench).  Attached hereto as Exhibits 6 and 7 are true and correct copies of the Summons served on Defendants CITY OF LOS ANGELES and CAIRO PALACIOS, respectively.

4. Further, other than those persons identified above and the persons identified in the caption as "DOE OFFICERS 1-10" there are no other named defendants in this lawsuit.  Therefore, there are no other defendants who need to consent in order for this case to be removed.

5. The Notice of Removal is filed with this Court within 30 days CITY DEFENDANTS were served with Plaintiffs' Complaint on April 27, 2016 and April 28, 2016.

6. This Notice of Removal is being filed in this Court and in the Los Angeles Superior Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2016, at Los Angeles, California.

RENA M. SHAHANDEH, Declarant

## DECLARATION OF DANIEL M. LENCH

I, DANIEL M. LENCH, do hereby declare that I have personal knowledge of the facts set forth herein and that if called as a witness in this case, I could and would competently testify as follows:

1. I am a Paralegal II for the City of Los Angeles.  In that capacity, I have been assigned to assist Deputy City Attorney Rena M. Shahandeh in representing Defendants **CITY OF LOS ANGELES** and **CAIRO PALACIOS** ("CITY DEFENDANTS") in the case of *Walter Deleon, et al. v. City of Los Angeles, et al.,* Superior Court Case No. BC615929, now pending in the Los Angeles Superior Court.

2. On May 24, 2016, I spoke with the City Clerk responsible for accepting service on behalf of the City of Los Angeles and the Los Angeles Police Department.  The Clerk advised me that as of today's date, only Named Defendant City of Los Angeles has been served with Plaintiffs' Complaint and that, specifically, to date, Named Defendant Los Angeles Police Department has not been served with Plaintiffs' Complaint in this action.

Executed on May 24, 2016, at Los Angeles, California.

_____
DANIEL M. LENCH, Declarant

7

# PROOF OF SERVICE

I, MARGARIT AVESYAN, the undersigned, declare as follows:

At the time of service I was over 18 years of age and not a party to this action.   My business address is 200 N. Main Street, 600 City Hall East, Los Angeles, CA  90012, which is the County, City and State where this mailing occurred.

On May 27, 2016, I served the document(s) described as:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF RENA M. SHAHANDEH; AND SUPPORTING EXHIBITS**

on all interested parties in this action:

<u>Attorneys for Plaintiffs:</u>
Mark J. Geragos, Esq.
Ben J. Meiselas, Esq.
Zack V. Muljat, Esq.
GERAGOS & GERAGOS
A Professional Corporation
644 South Figueroa Street
Los Angeles, CA 90017-3411
Phone: (213)625-3900 & Fax: (213)232-3255

I served a true copy of the document(s) above by:

[ **X** ]  Depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the address(es) above.

[ **X** ]  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[ **X** ]  I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2016 at Los Angeles, California

_Margarit Avesyan_
MARGARIT AVESYAN

8