# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELEON, et al., | Case No. CV 16-3721 FMO (RAOx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Summary Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiffs' federal claims are dismissed with prejudice and plaintiffs' state law claims are remanded to the Los Angeles County Superior Court. The parties shall bear their own fees and costs.

Dated this 24th day of September, 2018.

/s/
Fernando M. Olguin
United States District Judge